# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

FILED
JAN 0 6 2017
Clerk, U S District Court
District Of Montana
Billings

* * * * * * * * * * * * * * * * * *

THE STATE OF MONTANA

vs.

**SHAWN LEE RYKOWSKI**     No.  CR 16-105-BLG-SPW

DOB:_____ /1979                                    PETITION TO OPEN
                                                   JUVENILE/SEALED RECORDS
SSN: **XXX-XX-5384**

Whereas the above-name defendant entered a plea of GUILTY to *Unlawful Possession of a Stolen Firearm* and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile or sealed records pertaining to the Defendant, including Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records and Department of Institutions records, be made available.

_____ U.S. Probation/Parole Officer

Date

* * * * * * * * * *
**ORDER**
* * * * * * * * * *

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records held by any Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_____ U.S. District Judge

Dated this 6th day of January, 2017.